IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00385-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| STEVEN LAMAR CLOUD (1) | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant to relocate him to another local detention facility. (Doc. No. 162).

The defendant was arrested on November 19, 2020, on charges related to an alleged drug trafficking conspiracy. (Doc. No. 11: Executed Arrest Warrant). He was ordered to be detained, (Doc. No. 15: Order), pending trial, which is scheduled for December 6, 2021, (Doc. No. 151: Order). The defendant claims that he was assaulted by a detention officer at the Mecklenburg County Detention Facility. (Doc. No. 162: Motion at 2). Even though that officer was terminated, the defendant asks the Court to designate him to a different detention facility out of concern for his safety. (Id.).

Title 18, United States Code, Section 3142(i) allows a court to direct a defendant into the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant has not shown that the Court has any authority in a criminal case to direct which corrections facility the Attorney General designates for a pretrial detainee.

IT IS, THEREFORE, ORDERED that the defendant's motion is DENIED.

The Clerk is directed to certify copies of this order to counsel for the defendant, to the United States Attorney, and the United States Marshals Service.

Signed: November 19, 2021

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge